








```
PLA    2/28/03    13:54
3:03-M -00504    USA V. ZEPEDA-RAMIREZ
*1*
*CRCMP.*
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>)<br>Indira ZEPEDA-Ramirez )<br>)<br>_____ ) | Magistrate's Case No. '03 mg 05 0 4<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. SS 952 and 960<br>Importation of a Controlled<br>Substance |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about February 27, 2003, within the Southern District of California, defendant Indira ZEPEDA-Ramirez did knowingly and intentionally import approximately 171.38 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Special Agent, U.S. Customs Service

Sworn to before me and subscribed in my presence, this 28 day of February, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On February 27, 2003, Indira ZEPEDA-Ramirez entered the United States from Mexico through the San Ysidro, California, Port of Entry. ZEPEDA was the driver and sole occupant of a black 1997 Oldsmobile Aurora bearing Baja California license plate 798NWF9.

United States Immigration Inspector (II) Lara B. Estevan encountered ZEPEDA and the vehicle in Primary lane six (6). II Estevan asked ZEPEDA if she had anything to declare from Mexico. ZEPEDA stated that she had nothing to declare. II Estevan instructed ZEPEDA to release the trunk lock of the vehicle. Estevan moved to the back of the vehicle and waited for ZEPEDA to open the trunk. II Estevan noticed that ZEPEDA was having difficulty finding the trunk release and seemed unfamiliar with the vehicle. II Estevan asked ZEPEDA for the keys to the vehicle. II Estevan instructed ZEPEDA to open the glove compartment of the vehicle and press the trunk release. II Estevan opened the trunk and immediately noticed several large plastic packages.

A subsequent inspection of the vehicle, conducted by U.S. Customs inspectors, resulted in the discovery of twenty-three (23) plastic wrapped packages concealed inside the trunk of the vehicle. The packages contained a green, leafy substance which field-tested positive for THC, the active ingredient in marijuana. The total weight of the twenty-three (23) packages was approximately 171.38 kilograms.

After being advised of her constitutional rights, ZEPEDA admitted knowledge of the marijuana. ZEPEDA stated that she was to be paid $1500 USD to deliver the vehicle, laden with marijuana, from Mexico to a McDonalds in San Ysidro, California. ZEPEDA further stated that she agreed to smuggle the marijuana because she needed money for her children.

ZEPEDA was arrested for violation of Title 21, United States Code, Sections 952 and 960, Importation of a Controlled Substance.